IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 15-23-2 RGA |
| | ) | |
| KEVYN N. RAKOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM ORDER

A question has arisen about sealed submissions (D.I. 28, 29, 30), which I raised in a sealed order. (D.I. 34). Defendant Rakowski has responded. (D.I. 43). Based on Defendant's submission, plainly there is no reason for the "Unopposed Motion for a Hearing under Seal" (D.I. 28) nor for my order (D.I. 34) to remain under seal. Thus, I shall order the seal lifted on those two documents.

Defendant has proposed that the seal on the other two documents also be lifted, but with some minor redactions. Defendant cites Fed. R. Crim. P. 49.1. The suggestions are made in good faith, but I nevertheless think the proposed redactions may be slightly more than are necessary to protect legitimate privacy or other interests. Thus, I request that Defendant redact the affidavit (D.I. 30) and letter (D.I. 29) to remove the identification of the co-represented individual (that is, the co-represented individual's name and pronouns identifying the individual by sex (*i.e.*, "his" or "her")), and to remove the third sentence of paragraph 6 of the affidavit and the corresponding sentence in the letter.

Finally, the hearing on September 21st will not be under seal, and, if the parties refer to

the co-represented individual by a pseudonym, there will be no reason for any of the proceedings to be closed to the public.

**NOW THEREFORE**, this 11 day of August 2015, **IT IS HEREBY ORDERED** that:

1. Docket Items 28 and 34 are **UNSEALED**.

2. Defendant shall **SUBMIT** copies of Docket Items 29 and 30, redacted in conformity with this Order, by no later than August 20, 2015.

3. The September 21, 2015, hearing will **NOT BE SEALED**.

Richard G. Andrews<br>
United States District Judge