# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|  | : | |
| Plaintiff, | : | |
|  | : | |
| v. | : | Criminal Action No. 1:15-cr-23-RGA |
|  | : | |
| DAVID R. GIBSON, | : | |
| ROBERT V.A. HARRA, | : | |
| WILLIAM B. NORTH, and | : | |
| KEVYN R. RAKOWSKI. | : | |
|  | : | |
| Defendants. | : | |
|  | : | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER FOR**
**RULE 29 AND RULE 33 BRIEFING**

The parties, by and through undersigned counsel, respectfully request that the current dates set by the Court for Rule 29 and Rule 33 briefing (Dkt. 817) in the above-captioned matter be amended to the following:

1. The Defendants shall file their opening brief on June 8, 2018.

2. The Government shall file their answer on or by July 3, 2018.

3. The Defendants shall file their reply brief on July 10, 2018.

<div style="display: flex;">

Dated:  May 30, 2018

 /s/
Robert F. Kravetz
Lesley F. Wolf
Jamie M. McCall
Assistant United States Attorneys


 /s/
Michael P. Kelly (#2295)
Steven P. Wood (#2309)
Geoffrey N. Rosamond
McCARTER & ENGLISH
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel.: (302) 984-6301

Andrew M. Lawler
ANDREW M. LAWLER, P.C.
641 Lexington Avenue, 27th Floor
New York, NY 10022
Tel: (212) 832-3160

*Attorneys for Defendant*
*Robert Harra*


 /s/
David Wilks (#2793)
R. Stokes Nolte (#2301)
Andrea S. Brooks (#5604)
Samuel Lee Moultrie (#5979)
WILKS, LUKOFF & BRACEGIRDLE LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805
Tel.: (302) 225-0850

Thomas A. Foley (#2819)
THOMAS A. FOLEY
1905 Delaware Avenue
Wilmington, DE 19806
Tel.: (302) 658-3077

*Attorneys for Defendant*
*William North*

Respectfully submitted,

 /s/
Kenneth M. Breen
John P. Nowak
Phara A. Guberman
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 318-6000


John S. Malik (#2320)
LAW OFFICE OF JOHN S. MALIK
100 East 14th Street
Wilmington, DE 19801
Tel.: (302) 427-2247

*Attorneys for Defendant*
*David R. Gibson*



 /s/
Henry Klingeman
Helen Nau
KROVATIN KLINGEMAN LLC
60 Park Place, Suite 1100
Newark, NJ 07102
Tel.: (973) 424-9777

Bartholomew J. Dalton (#808)
Ipek K. Medford (#4110)
Andrew C. Dalton (#5878)
DALTON & ASSOCIATES P.A.
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806
Tel.: (302) 652-2050

*Attorneys for Defendant*
*Kevyn Rakowski*

AND NOW, this ____ day of _____, 2018, IT IS SO ORDERED.

                                                    By the Court:

                                                    _____
                                                    Hon. Richard G. Andrews
                                                    United States District Judge