**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Criminal Action No. 1:15-23-RGA |
| DAVID R. GIBSON, ) | |
| ROBERT V.A. HARRA, ) | |
| WILLIAM NORTH, and ) | |
| KEVYN RAKOWSKI ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR SCHEDULING ORDER**

The parties, by and through undersigned counsel, respectfully request that the Court enter an Order setting briefing and other deadlines regarding whether Defendants should be released pending appeal, 18 U.S.C. §§ 3141(b), 3143(b). The basis for the parties' request is the following:

1. This Court has scheduled sentencing hearings for Defendants Harra and Gibson on December 17, 2018, and Defendants North and Rakowski on December 19, 2018.

2. Should the Court impose sentences including a period of imprisonment, the United States will not oppose Defendants' requests to self-surrender to the United States Bureau of Prisons given their compliance to date with the terms and conditions of pretrial and post-trial release.

3. The parties, however, request an opportunity to brief whether Defendants should be released pending appeal prior to any self-surrender date imposed by the Court.

4. After meeting and conferring, the parties respectfully request that the Court apply the following deadlines:

| Activity | Date |
|---|---|
| Defense Motions Due | January 4, 2019 |
| Government Response Due | January 18, 2019 |
| Defense Reply Due | January 20, 2019 |
| Hearing Date (if determined necessary by the Court) | Week of January 21, 2019 |
| Self-Surrender Date to the Bureau of Prisons (if period of imprisonment imposed) | On or after February 19, 2019 |

WHEREFORE, the parties respectfully request that the Court enter the proposed Order.

Respectfully Submitted,
DAVID C. WEISS

United States Attorney

/s/
Robert F. Kravetz
Lesley F. Wolf
Jamie M. McCall
Assistant United States Attorneys

By: /s/
Kenneth M. Breen
John S. Malik
*Attorneys for Defendant David R. Gibson*

By: /s/
Michael P. Kelly
Andrew M. Lawler
*Attorneys for Defendant Robert Harra*

By: /s/
David E. Wilks
Thomas A. Foley
*Attorneys for Defendant William North*

By: _____/s/_____
    Henry E. Klingeman
    Bartholomew J. Dalton
    *Attorneys for Defendant Kevyn Rakowski*

Dated:  December 6, 2018

AND NOW, this ____ day of _____, 2018, IT IS SO ORDERED.

By the Court: _____
    Hon. Richard G. Andrews
    United States District Judge